UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------*------------------X

| | |
|---|---|
| DANUTE PRANCKEVIEIENE, | STIPULATION AND ORDER OF DISMISSAL |
| Plaintiff, | |
| - against - | Civil Action No. CV-05-3599 |
| EDUARDO AGUIRRE, Director of the United States Citizenship & Immigration Services, MARY ANN GANTNER, as District Director of the New York District Office of the United States Citizenship & Immigration Services, | (Ross, J.) (Matsumoto, M.J.) |
| Defendants. | |

-------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
August 7, 2006

Attorney for the Plaintiff

_____
RICHARD KASSEL, ESQ.
Kassel & Steier
60 E. 42nd Street, Suite 1463
New York, New York 10165

Dated: New York, New York
August 11, 2006

Attorney for the Defendants

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: _____
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
August 11, 2006

_____
HONORABLE ALLYNE R. ROSS
United States District Judge